Exhibit A

**THE WHITE HOUSE**

WASHINGTON

April 18, 2014

The Honorable Dianne Feinstein
Chairwoman
Select Committee on Intelligence
United States Senate
Washington, DC 20510

Dear Senator Feinstein:

I write in response to your letter to the President requesting declassification of the executive summary, findings, and conclusions of the Senate Select Committee on Intelligence's report regarding the Central Intelligence Agency's (CIA) former rendition, detention and interrogation (RDI) program.

As I have shared with you in prior letters, the President and this Administration are committed to working with you to ensure that the 500-plus page executive summary, findings, and conclusions of the report on the former RDI program undergo a declassification review as expeditiously as possible, consistent with our national security interests. The President supports making public the Committee's important review of the historical RDI program, as he believes that public scrutiny and debate will help to inform the public understanding of the program and to ensure that such a program will not be contemplated by a future administration.

The Committee's report reflects extraordinary effort, and we commend the Committee and its staff on the completion of this significant achievement. The Executive Branch has initiated its review of the executive summary, findings, and conclusions. As I know you appreciate, declassification decisions, even with respect to discontinued programs, are fact-based and must be made with the utmost sensitivity to our national security. As such, the CIA, in consultation with other agencies, will conduct the declassification review. In addition, the President has requested that the Director of National Intelligence oversee the declassification process and ensure that any declassification questions that may arise during interagency consultations are appropriately resolved.

Prior to the release of any information related to the former RDI program, the Administration will also need to take a series of security steps to prepare our personnel and facilities overseas. Based on our prior discussions, I know you share our view that the first order priority must be to ensure their safety and security.

Sincerely,

Kathryn H. Ruemmler

Kathryn H. Ruemmler
Counsel to the President

cc:   The Honorable Saxby Chambliss, Vice Chairman
      The Honorable James Clapper, Director of National Intelligence
      The Honorable John Brennan, Director, Central Intelligence Agency
      The Honorable Eric Holder, Attorney General
      The Honorable Chuck Hagel, Secretary of Defense
      The Honorable John Kerry, Secretary of State