UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | Civil Action No. 1:13-cv-1324 (JEB) |
| JASON LEOPOLD, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | Civil Action No. 1:14-cv-00048 (JEB) |

**GOVERNMENT'S MOTION FOR THREE-DAY EXTENSION OF TIME**

In these cases, brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, plaintiff, Jason Leopold, seeks from the Central Intelligence Agency ("CIA"): 1) a copy of the Executive Summary of the Senate Select Committee on Intelligence's ("SSCI") final report on the CIA's former detention and interrogation program; and 2) what plaintiff refers to as the "internal study," an alleged report by the CIA concerning its former detention and interrogation program commissioned by former Director of the CIA Leon Panetta, which was referred to by Senator Mark Udall on December 17, 2013, during the confirmation hearing for CIA General Counsel nominee Caroline Diane Krass. Pursuant to Fed. R. Civ. P. (6)(b)(1), the government,

by and through undersigned counsel, respectfully moves this Court for a three-day enlargement of time, until December 10, 2014, to file its motions for summary judgment in 13-cv-1324, on whether the Executive Summary constitutes an "agency record" under FOIA, and in 14-cv-0048, on the merits of the withholdings for the so-called "internal study." In compliance with LCvR 7(m), undersigned counsel has discussed this motion with counsel for plaintiff, who takes no position with respect to the relief requested. In support of this motion, defendant states as follows:

1. The Government's motions for summary judgment are currently due on Friday, December 5, 2014. The government anticipates that SSCI will publicly release the Executive Summary early next week. Rather than filing a summary judgment motion on December 5 that may be out of date the very next week, the government respectfully seeks this short three-day extension. If the Executive Summary is released before December 10, the government anticipates seeking an additional extension in case no. 13-cv-1324 (the case seeking the Executive Summary) in order to confer with Mr. Leopold and evaluate the appropriate next steps. If the Executive Summary is not released by December 10, the government will file its motions that day (December 10).

2. In addition, because of the press of business in this and other cases, the government requests this brief extension in order to be able to prepare thorough motions with

supporting declarations. The government does not believe that plaintiff will be prejudiced by this delay, and plaintiff has identified none.

Dated: December 4, 2014

Respectfully submitted,

JOYCE BRANDA
Acting Assistant Attorney General

RONALD C. MACHEN, Jr.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division


 _/s/ Vesper Mei_
VESPER MEI (D.C. Bar 455778)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C. 20530
Telephone: (202) 514-4686
E-mail: vesper.mei@usdoj.gov

***Counsel for the Defendant***